IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

      vs.                          *   CRIMINAL NO. MJG-98-0240
                                       USM NO. 44085-054

MONTE CARL GLOVER                    *

DATE OF PREVIOUS JUDGMENT:           *   Federal Public Defender
    04/23/1999                               DEFENDANT'S ATTORNEY
*     *     *     *     *     *     *     *     *

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

The Court has before it the motion of the Federal Public Defender on behalf of Monte Carl Glover under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u) and the Government's advising of the absence of any objection thereto.

The Court has made the following Sentencing Guideline determination:

Previous Offense Level:  38          Amended Offense Level: 36
Criminal History Category: I         Criminal History Category: I
Previous Guideline Range:            Amended Guideline Range:
   151 to 188 months                   121 to 151 months

The reduced sentence is within the amended guideline range.

Accordingly:

    1.    The motion of the Federal Public Defender on behalf of Monte Carl Glover under 18 U.S.C. § 3582(c)(2) is GRANTED.

2. The Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 151 months is reduced to time served effective March 3, 2008.[1]

3. Except as provided above, all provisions of the last judgment herein dated shall remain in effect.

SO ORDERED this 26th day of February, 2008, effective March 3, 2008.

*Marvin J. Garbis*
Marvin J. Garbis
United States District Judge

---

[1] The Court has given the Bureau of Prisons advance notice of the instant Order and does not find it appropriate to continue to incarcerate the Defendant beyond March 3, 2008.